UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: FIOROVANTE, TORRANCE M.       § Case No. 09-72940
       FIOROVANTE, KRIS L.           §
                                     §
Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 8/9/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 07/06/2010_____       By: /s/BERNARD J. NATALE_____
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: FIOROVANTE, TORRANCE M. § Case No. 09-72940
FIOROVANTE, KRIS L. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.68 |
| *and approved disbursements of* | $ 3.94 |
| *leaving a balance on hand of* [1] | $ 4,996.74 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,250.07 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 2,000.00 | $ 44.34 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*         *Fees*         *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,085.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | Susan Mondelli | $ 9,085.00 | $ 1,702.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,517.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 10,396.00 | $ 0.00 |
| 4 | HSBC Bank Nevada, N.A. | $ 3,121.08 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                                 N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Jul 14, 2010
Case: 09-72940                Form ID: pdf006             Total Noticed: 39

The following entities were noticed by first class mail on Jul 16, 2010.
db/jdb        +Torrance M. Fiorovante,   Kris L. Fiorovante,   353 Merion Dr.,   Cary, IL 60013-1701
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
aty           +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
14798686      +(NICOR) Northern Illinois Gas,   Attention Bankruptcy & Collections,   PO Box 549,
                Aurora IL 60507-0549
14164947       Bank of America,   Business Card,   P.O. Box 15184,   Wilmington, DE 19850-5184
14164948      +Bank of America Mortgage,   P.O. Box 9000,   475 CrossPoint Parkway,   Getzville, NY 14068-1609
14164950      +CBNA,   PO Box 769006,   San Antonio, TX 78245-9006
14164949       Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
14164951       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14674445       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14164952      +Chase Manhattan,   PO Box 24696,   Columbus, OH 43224-0696
14798687      +City of Woodstock,   121 W Calhoun St,   Woodstock IL 60098-3218
14164953      +Condell Medical Cneter,   97169 Eagle Way,   Chicago, IL 60678-0001
14164954      +Cyclone One, Inc.,   5409 N. Ridgeway,   Ringwood, IL 60072-9632
14164955     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   Fifth Third Consumer Leasing,   M/D 1MOC2E-3152,
                Cincinnati, OH 45263)
14191572     ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
               (address filed with court:  Ford Motor Credit Company LLC,   P O Box 537901,
                Livonia  MI  48153-9905)
14164956      +Ford Motor Credit Co.,   P.O. Box 152271,   Irving, TX 75015-2271
14258066       Ford Motor Credit Company LLC,   c/o Steven L Nelson,   P.O. Box 3700,
                Rock Island, IL 61204-3700
14164959    +++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court:  HSBC/Menards,   P.O. Box 15524,   Wilmington, DE 19850)
14164957      +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
14848000      +HSBC Bank Nevada, N.A.,   (Menards),   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
14164958      +HSBC/Best Buy,   P.O. Box 15519,   Wilmington, DE 19850-5519
14164960      +Illinois Fire & Safety,   702 Rohlwing Rd.,   Addison, IL 60101-4288
14164961      +Ketone Automotive,   2535 S. 25th St.,   Broadview, IL 60155-3856
14798688      +Lake Forest Hospital,   75 Remitance Drive, 1834,   Chicago IL 60675-1834
14164962      +Lakes Region Business Rentals,   POB 777,   Wauconda IL 60084-0777
14798689       Milwaukee Radiologist,   c/o OAC,   POB 371100,   Milwaukee WI 53237-2200
14164963      +Money Maker of Barrington,   54 Oak Ridge Lane,   Deer Park, IL 60010-3642
14164965      +Pierce & Associates,   733 N. Milwaukee Ave.,   Libertyville, IL 60048-1913
14164966      +Racine Emergency Physicians,   3805-B Spring St. #230,   Racine, WI 53405-1643
14164967      +Susan Mondelli,   c/o David S Goles,   Swanson Martin & Bell LLP,
                1860 W Winchester Road, Suite 201,   Libertyville IL 60048-5317
14728748      +Susan Mondelli,   121 S. Greenview Ave.,   Mundelein, IL 60060-2163
14164968      +Timepayment Corp,   10M Commerce Way,   Woburn, MA 01801-1028
14164969      +Wells Fargo Bank,   PO BOX 5445,   Portland, OR 97228-5445
14164970      +Wesley Schuhknecht,   Post Office Box 777,   Wauconda, IL 60084-0777
14164972      +Wheaton Healthcare,   PO Box 5434,   Dept. 0027,   Carol Stream, IL 60197-5434

The following entities were noticed by electronic transmission on Jul 14, 2010.
14164964       E-mail/Text: bankrup@nicor.com                            Nicor,   PO BOX 2020,
                Aurora, IL 60507-2020
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
14164971*     +Wesley Schuhknecht,   PO Box 777,   Wauconda, IL 60084-0777
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Jul 14, 2010
Case: 09-72940                Form ID: pdf006           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2010**              **Signature:**    _Joseph Speetjens_