# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FIOROVANTE, TORRANCE M. | § | Case No. 09-72940 |
| FIOROVANTE, KRIS L. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$660,030.00_ | Assets Exempt: _$26,000.00_ |
| Total Distribution to Claimants: _$1,702.33_ | Claims Discharged Without Payment: _$13,517.08_ |
| Total Expenses of Administration: _$3,298.35_ | |

3) Total gross receipts of $ 5,000.68 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $5,000.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $632,000.00 | $10,593.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,870.85 | 3,298.35 | 3,298.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 9,085.00 | 9,085.00 | 1,702.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 85,474.46 | 13,517.08 | 13,517.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $717,474.46 | $37,065.93 | $25,900.43 | $5,000.68 |

4)  This case was originally filed under Chapter 7 on July 15, 2009.
. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/11/2010              By:  /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Chevy Suburban | 1129-000 | 2,000.00 |
| 1975 Porsche 911 | 1129-000 | 2,500.00 |
| 1983 Yamaha Venture motorcycle | 1129-000 | 500.00 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | $5,000.68 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4110-000 | N/A | 10,593.00 | 0.00 | 0.00 |
| Bank of America Mortgage | 4110-000 | 387,000.00 | N/A | N/A | 0.00 |
| Chase Manhattan | 4110-000 | 245,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $632,000.00 | $10,593.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 44.34 | 44.34 | 44.34 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,572.50 | 2,000.00 | 2,000.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,250.07 | 1,250.07 | 1,250.07 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.94 | 3.94 | 3.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,870.85 | 3,298.35 | 3,298.35 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Susan Mondelli | 5100-000 | N/A | 9,085.00 | 9,085.00 | 1,702.33 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 9,085.00 | 9,085.00 | 1,702.33 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 10,396.00 | 10,396.00 | 0.00 |
| HSBC Bank Nevada, N.A. | 7100-000 | N/A | 3,121.08 | 3,121.08 | 0.00 |
| Bank of America | 7100-000 | 8,580.46 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 4,080.00 | N/A | N/A | 0.00 |
| CBNA | 7100-000 | 19,779.00 | N/A | N/A | 0.00 |
| Condell Medical Center | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| Fifth Third Bank | 7100-000 | 4,712.00 | N/A | N/A | 0.00 |
| HSBC Bank | 7100-000 | 4,795.00 | N/A | N/A | 0.00 |
| HSBC/Best Buy | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| Illinois Fire & Safety | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| Ketone Automotive | 7100-000 | 1,678.00 | N/A | N/A | 0.00 |
| Lakes Region Business Rentals | 7100-000 | 1,460.00 | N/A | N/A | 0.00 |
| Money Maker of Barrington | 7100-000 | 520.00 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| Pierce & Associates | 7100-000 | 1,060.00 | N/A | N/A | 0.00 |
| Racine Emergency Physicians | 7100-000 | 1,103.00 | N/A | N/A | 0.00 |
| Timepayment Corp | 7100-000 | 33,081.00 | N/A | N/A | 0.00 |
| Wells Fargo Bank | 7100-000 | 826.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Wesley Schuhknecht | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Wheaton Healthcare | 7100-000 | 990.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 85,474.46 | 13,517.08 | 13,517.08 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-72940 | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** FIOROVANTE, TORRANCE M. | **Filed (f) or Converted (c):** 07/15/09 (f) |
| FIOROVANTE, KRIS L. | **§341(a) Meeting Date:** 08/20/09 |
| **Period Ending:** 10/05/10 | **Claims Bar Date:** 11/25/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 353 | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1908 Roger Rd., Woodstock, IL 60098 | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking and savings accounts with Harris Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 100% stock in TK Collision | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% interest in Apex Asset Management | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Monthly child support claim | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 11 | 2001 Chevy Suburban | 6,000.00 | 6,000.00 | | 2,000.00 | 0.00 |
| 12 | 2006 Ford Fusion subject to lien of Ford Motor C | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1975 Porsche 911<br>   Order entered 9/21/09 objecting to co-debtor's<br>exemption. | 7,000.00 | 2,530.00 | | 2,500.00 | 0.00 |
| 14 | 1983 Yamaha Venture motorcycle | 1,500.00 | 1,500.00 | | 500.00 | 0.00 |
| 15 | Office equipment and supplies | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Business items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.68 | FA |
| 17 | **Assets**    **Totals** (Excluding unknown values) | **$674,530.00** | **$13,530.00** | | **$5,000.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE NEGOTIATING EITHER SALE OF PROPERTY TO DEBTOR OR TURNOVER OF SAME.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010          **Current Projected Date Of Final Report (TFR):**    July 6, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/08/10 | | Compromise | Acct #1000; Payment #1; Pymt #1 on<br>Compromise | | | 100.00 | | 100.00 |
| | {11} | | Acct #1000; Payment #1;<br>Pymt #1 on Compromise | 40.00 | 1129-000 | | | 100.00 |
| | {13} | | Acct #1000; Payment #1;<br>Pymt #1 on Compromise | 50.00 | 1129-000 | | | 100.00 |
| | {14} | | Acct #1000; Payment #1;<br>Pymt #1 on Compromise | 10.00 | 1129-000 | | | 100.00 |
| 03/03/10 | | Compromise | Acct #1000; Payment #2 | | | 100.00 | | 200.00 |
| | {11} | | Acct #1000; Payment #2 | 40.00 | 1129-000 | | | 200.00 |
| | {13} | | Acct #1000; Payment #2 | 50.00 | 1129-000 | | | 200.00 |
| | {14} | | Acct #1000; Payment #2 | 10.00 | 1129-000 | | | 200.00 |
| 03/30/10 | | Compromise | Acct #1000; Payment #10, 11, 12, 13, 14, 15,<br>16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,<br>28, 29, 3, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,<br>4, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 5, 50,<br>6, 7, 8, 9; Final Payment on Buy Back of<br>Vechiles from Estat | | | 4,800.00 | | 5,000.00 |
| | {11} | | Acct #1000; Payment<br>#10; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment<br>#11; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment<br>#12; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment<br>#13; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment<br>#14; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment | 40.00 | 1129-000 | | | 5,000.00 |

| | Subtotals : | $5,000.00 | $0.00 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #15; Final Payment on Buy Back of Vechiles from Estate | | | | | |
| | {11} | | Acct #1000; Payment #16; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #17; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #18; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #19; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #20; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #21; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #22; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #23; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #24; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment | 40.00 | 1129-000 | | | 5,000.00 |

| | Subtotals : | $0.00 | $0.00 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 10/05/2010 12:35 PM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #25; Final Payment on Buy Back of Vechiles from Estate | | | | | |
| | {11} | | Acct #1000; Payment #26; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #27; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #28; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #29; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #3; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #30; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #31; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #32; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #33; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment | 40.00 | 1129-000 | | | 5,000.00 |

|  |  | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #34; Final Payment on Buy Back of Vechiles from Estate | | | | | |
| | {11} | | Acct #1000; Payment #35; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #36; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #37; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #38; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #39; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #4; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #40; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #41; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #42; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment | 40.00 | 1129-000 | | | 5,000.00 |
| | | | Subtotals : | | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72940 | |
| Case Name: | FIOROVANTE, TORRANCE M. | |
| | FIOROVANTE, KRIS L. | |
| Taxpayer ID #: | **-***1554 | |
| Period Ending: | 10/05/10 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #43; Final Payment on Buy Back of Vechiles from Estate | | | | |
| | {11} | | Acct #1000; Payment #44; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #45; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #46; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #47; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #48; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #49; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #5; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #50; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #6; Final Payment on Buy Back of Vechiles from Estate | 40.00 | 1129-000 | | 5,000.00 |
| | {11} | | Acct #1000; Payment #7; | 40.00 | 1129-000 | | 5,000.00 |

Subtotals :                    $0.00              $0.00

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72940 |
| **Case Name:** | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| **Taxpayer ID #:** | **-***1554 |
| **Period Ending:** | 10/05/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Final Payment on Buy<br>Back of Vechiles from<br>Estate | | | | | |
| | {11} | | Acct #1000; Payment #8;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {11} | | Acct #1000; Payment #9;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 40.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#10; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#11; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#12; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#13; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#14; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#15; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#16; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment | 50.00 | 1129-000 | | | 5,000.00 |

| | | | Subtotals : | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-72940 | |
| **Case Name:** | FIOROVANTE, TORRANCE M. | |
| | FIOROVANTE, KRIS L. | |
| **Taxpayer ID #:** | **-***1554 | |
| **Period Ending:** | 10/05/10 | |

| | | |
|---|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) | |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Account:** | ***-*****10-65 - Money Market Account | |
| **Blanket Bond:** | $552,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #17; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | |
| | {13} | | Acct #1000; Payment<br>#18; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#19; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#20; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#21; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#22; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#23; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#24; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#25; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#26; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment | 50.00 | 1129-000 | | | 5,000.00 |

| | | | Subtotals : | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72940 | |
| Case Name: | FIOROVANTE, TORRANCE M. | |
| | FIOROVANTE, KRIS L. | |
| Taxpayer ID #: | **-***1554 | |
| Period Ending: | 10/05/10 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #27; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | | |
| | {13} | | Acct #1000; Payment<br>#28; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#29; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #3;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#30; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#31; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#32; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#33; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#34; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#35; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment | 50.00 | 1129-000 | | | 5,000.00 |

Subtotals :  $0.00  $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 09-72940 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FIOROVANTE, TORRANCE M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FIOROVANTE, KRIS L. | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | **-***1554 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 10/05/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #36; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | | |
| | {13} | | Acct #1000; Payment<br>#37; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#38; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#39; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #4;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#40; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#41; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#42; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#43; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#44; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment | 50.00 | 1129-000 | | | 5,000.00 |
| | | | Subtotals : | | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #45; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | |
| | {13} | | Acct #1000; Payment<br>#46; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#47; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#48; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#49; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #5;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment<br>#50; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #6;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #7;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #8;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 50.00 | 1129-000 | | | 5,000.00 |
| | {13} | | Acct #1000; Payment #9; | 50.00 | 1129-000 | | | 5,000.00 |

| | | | Subtotals : | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Final Payment on Buy Back of Vechiles from Estate | | | | | |
| | {14} | | Acct #1000; Payment #10; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #11; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #12; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #13; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #14; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #15; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #16; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #17; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #18; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment | 10.00 | 1129-000 | | | 5,000.00 |

Subtotals :  $0.00  $0.00

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #19; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | | |
| | {14} | | Acct #1000; Payment<br>#20; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#21; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#22; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#23; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#24; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#25; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#26; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#27; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#28; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment | 10.00 | 1129-000 | | | 5,000.00 |

Subtotals :     $0.00     $0.00

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| Case Number: | 09-72940 | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | FIOROVANTE, TORRANCE M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FIOROVANTE, KRIS L. | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | **-***1554 | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 10/05/10 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #29; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | | |
| | {14} | | Acct #1000; Payment #3;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#30; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#31; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#32; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#33; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#34; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#35; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#36; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#37; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment | 10.00 | 1129-000 | | | 5,000.00 |

|  |  |  | Subtotals : | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72940 |
| Case Name: | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| Taxpayer ID #: | **-***1554 |
| Period Ending: | 10/05/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #38; Final Payment on Buy Back of Vechiles from Estate | | | | | |
| | {14} | | Acct #1000; Payment #39; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #4; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #40; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #41; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #42; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #43; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #44; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #45; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #46; Final Payment on Buy Back of Vechiles from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment | 10.00 | 1129-000 | | | 5,000.00 |

|  |  | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 15

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72940 |
| **Case Name:** | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| **Taxpayer ID #:** | **-***1554 |
| **Period Ending:** | 10/05/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #47; Final Payment on<br>Buy Back of Vechiles<br>from Estate | | | | | |
| | {14} | | Acct #1000; Payment<br>#48; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#49; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #5;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment<br>#50; Final Payment on<br>Buy Back of Vechiles<br>from Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #6;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #7;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #8;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| | {14} | | Acct #1000; Payment #9;<br>Final Payment on Buy<br>Back of Vechiles from<br>Estate | 10.00 | 1129-000 | | | 5,000.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.03 | | 5,000.03 |
| 04/06/10 | | Wire out to BNYM account<br>9200******1065 | Wire out to BNYM account 9200******1065 | | 9999-000 | -5,000.03 | | 0.00 |

Subtotals :                    $-5,000.00              $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 16

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72940 |
| **Case Name:** | FIOROVANTE, TORRANCE M. |
| | FIOROVANTE, KRIS L. |
| **Taxpayer ID #:** | **-***1554 |
| **Period Ending:** | 10/05/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****10-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -5,000.03 | 0.00 | |
| | | | **Subtotal** | | **5,000.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.03** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72940 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FIOROVANTE, TORRANCE M. | | Bank Name: | The Bank of New York Mellon |
| | FIOROVANTE, KRIS L. | | Account: | 9200-******10-65 - Money Market Account |
| Taxpayer ID #: | **-***1554 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 10/05/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******1065 | Wire in from JPMorgan Chase Bank, N.A. account *******1065 | 9999-000 | 5,000.03 | | 5,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.21 | | 5,000.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,000.53 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-72940, BOND #016018067 | 2300-000 | | 3.94 | 4,996.59 |
| 06/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.15 | | 4,996.74 |
| 06/16/10 | | To Account #9200******1066 | Close for Final Report and Case Closing | 9999-000 | | 4,996.74 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,000.68 | 5,000.68 | $0.00 |
| Less: Bank Transfers | 5,000.03 | 4,996.74 | |
| Subtotal | 0.65 | 3.94 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.65 | $3.94 | |

Exhibit 9

# Form 2

Page: 18

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72940 | |
| Case Name: | FIOROVANTE, TORRANCE M. | |
| | FIOROVANTE, KRIS L. | |
| Taxpayer ID #: | **-***1554 | |
| Period Ending: | 10/05/10 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******10-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/10 | | From Account #9200******1065 | Close for Final Report and Case Closing | 9999-000 | 4,996.74 | | 4,996.74 |
| 08/12/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,250.07, Trustee Compensation;  Reference: | 2100-000 | | 1,250.07 | 3,746.67 |
| 08/12/10 | 102 | Susan Mondelli | Distribution paid  18.73% on $9,085.00; Claim# 3; Filed: $9,085.00; Reference: | 5100-000 | | 1,702.33 | 2,044.34 |
| 08/12/10 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,044.34 | 0.00 |
| | | | Dividend paid 100.00%          2,000.00 on $2,000.00;  Claim# ATTY; Filed: $2,572.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%              44.34 on $44.34;  Claim# EXP; Filed: $44.34 | 3120-000 | | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 4,996.74 | 4,996.74 | $0.00 |
| Less: Bank Transfers | 4,996.74 | 0.00 |
| Subtotal | 0.00 | 4,996.74 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $4,996.74 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-****10-65 | 5,000.03 | 0.00 | 0.00 |
| MMA # 9200-******10-65 | 0.65 | 3.94 | 0.00 |
| Checking # 9200-******10-66 | 0.00 | 4,996.74 | 0.00 |
| | $5,000.68 | $5,000.68 | $0.00 |